**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Philip I. Trover,                                  CASE NO.: 6:18-bk-06605-CCJ
                                                                    CHAPTER 7
　　Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

　　　　　　　　　　　　　　　　　　　Robertson, Anschutz & Schneid, P.L.
　　　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　　Telephone: 561-241-6901
　　　　　　　　　　　　　　　　　　　Facsimile: 561-997-6909
　　　　　　　　　　　　　　　　　　　By: /s/Christopher Salamone
　　　　　　　　　　　　　　　　　　　Christopher Salamone, Esquire
　　　　　　　　　　　　　　　　　　　Email: csalamone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BOYETTE LAW OFFICES, P.A.
1635 EAST HIGHWAY 50 SUITE 300
CLERMONT, FL  34711

PHILIP I. TROVER
7835 SKIING WAY
WINTER GARDEN, FL  34787

CARLA P MUSSELMAN
1619 DRUID ROAD
MAITLAND, FL  32751

OFFICE OF THE UNITED STATES TRUSTEE
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Christopher Salamone
    Christopher Salamone, Esquire
    Email: csalamone@rasflaw.com